UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LINDA STEVENSON SINGLETARY,**

 *Plaintiff,*

v.                  **CASE NO. 1:15-cv-00077-MP-GRJ**

**CAROLYN W. COLVIN,**

 *Defendant.*

_____/

**O R D E R**

  This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 1, 2016. ECF No. 17. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff was granted an extension of time to file objections, ECF No. 19, and filed objections on ECF No. 20. I have made a *de novo* review based on those objections

  Having considered the Report and Recommendation and the timely filed objections, I have determined that the Report and Recommendation should be adopted. A treating physician's opinions are given controlling weight if they are well-supported by medically acceptable clinical and laboratory diagnostic techniques and are not inconsistent with the other

substantial evidence in the record. 20 C.F.R. 404.1527(c)(2). If evidence is shown to the contrary, then the Administrative Law Judge (ALJ) may assign less weight to the opinion and must show good cause for doing so. *Id.* In this case, the ALJ found that Dr. Lipnick's opinion was inconsistent with the medical evidence in the record and provided an explanation as to that fact. ECF No. 9 at 22-23. This Court finds no evidence that the ALJ's analysis was based on a perceived bias against Dr. Lipnick, as Plaintiff asserts in her objections. Instead, the Court finds that the ALJ articulated good cause for not affording substantial or considerable weight to Dr. Lipnick's opinion and that the ALJ's decision to afford the opinion little weight is supported by substantial evidence.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The decision of the Commissioner of Social Security is **AFFIRMED**.

3. The clerk is directed to close the file.

**SO ORDERED on September 22, 2016.**

                                 s/Mark E. Walker             
                                 **United States District Judge**